NATHAN ULLMAN and JAMES H. ULLMAN v. B. B. LEVY NOVELTY Co., INC., and Others, Impleaded with NEMO FURRIERS SUPPLY Co., INC.—Application denied,

with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.